UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 95-31455
Chapter 7

In Re: James D. Skinner

_____/
Debtor(s)

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C Section 2042, that following a review of the sufficiency of the Affidavit of Creditor information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to Anthony Padilla, Jr. c/o Dilks & Knopik, LLC PO Box 2728 Issaquah, WA 98027-0125 the sum of two thousand six hundred and forty seven dollars and ninety nine cents ($2,647.99), of unclaimed funds held in the U.S. Treasury.

.

**Signed on April 26, 2011**

                                                              **/s/ Daniel S. Opperman**

                                                              **Daniel S. Opperman**

United States Bankruptcy Judge